PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Morace                                                   Cr.: 06-355-01

Name of Sentencing Judicial Officer: The Honorable Freda L. Wolfson
                                     United States District Court Judge

Date of Original Sentence: 04/18/07

Original Offense: Possession of a Firearm by Convicted Felon

Original Sentence: Probation: 3 years; Home Confinement: 6 months and Drug Treatment

Type of Supervision: Probation                         Date Supervision Commenced: 04/18/07

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows.

   To request that the case be closed.

## CAUSE

On March 3, 2009, the defendant died from complications resulting after contracting Hepatis C. A copy of the Death Certificate is enclosed.

                                        Respectfully submitted,

                                        By: Craig G. Inducci
                                            Senior U.S. Probation Officer
                                        Date: 4/8/09

THE COURT ORDERS:

[ ]   The Modification of Conditions as Noted Above
[ ]   The Extension of Supervision as Noted Above
[ ]   No Action
[ ]   Other

                                        _____
                                        Signature of Judicial Officer

                                        _____
                                        Date